In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-029 CR


____________________



ELIZABETH ANN PERRY, a/k/a ELIZABETH ANN HARDIN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 260th District Court


Orange County, Texas


Trial Cause No. D-040426-R






MEMORANDUM OPINION (1)


 We have before the Court an appeal by Elizabeth Ann Perry, who is also known as
Elizabeth Ann Hardin, from a sentence pronounced December 20, 2004. The notice of
appeal was filed with the trial court on January 21, 2005, more than thirty days from the
date of sentencing. We notified the parties that the appeal did not appear to have been
timely filed. The response filed by the appellant does not contend that notice of appeal was
filed within the time permitted for perfecting appeal. The Court finds the notice of appeal
was not timely filed. Tex. R. App. P. 26.2. No extension of time was timely requested
pursuant to Tex. R. App. P. 26.3. It does not appear that appellant obtained an out-of-time
appeal. The Court finds it is without jurisdiction to entertain this appeal. Accordingly,
the appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered April 27, 2005 

Do Not Publish

Before Gaultney, Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.